**Matthew D. Colley**, OSB No. 125084
matthew.colley@bhlaw.com
BLACK HELTERLINE LLP
805 SW Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 224-5560
Facsimile: (503) 224-6148
Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| ABBA YAHUDAH SELLASSIE, aka LEO HALL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> INESSCENTS AROMATIC BOTANICALS, LLC, an Oregon limited liability company, and AMBER ASHLEY fka WENDY ASHLEY, an individual, <br><br> Defendants. | Case No. 1:20-cv-00455-CL <br><br> REPORT OF THE PARTIES' PLANNING MEETING PURSUANT TO FED. R. CIV. P. 26(f) |

(1)    The undersigned counsels for the parties participated in a telephonic Rule 26(f) conference on May 14, 2020.

(2)    **Initial Disclosures**:  The parties agree to complete the initial disclosures required by Rule 26(a)(1) by June 5, 2020.

(3)    **Discovery Plan:** The parties propose this discovery plan:

        a.    Discovery is needed on these subjects:  corporate organization and

governance; company financial records including without limitation sales and profits; communications between and among the parties, as well as with vendors, distributors, customers, employees, and other persons and entities that have done business with the parties; documents that plaintiff alleges support his ownership of the subject mark and the existence and terms of any license or other agreement between the parties.

       b.     The parties do not anticipate any issues regarding discovery of electronically stored information.

       c.     The parties do not anticipate any issues regarding claims of privilege or protection as trial-preparation materials.

       d.     The parties agree discovery shall close on November 20, 2020. The parties have tentatively agreed to hold non-expert depositions September 1, 2020 through November 6, 2020.  (Currently, the Court has ordered a discovery cut-off of July 17, 2020. Dkt.#2.)

       e.     The parties agree the maximum number of interrogatories by each party to another shall be 25.  Responses to interrogatories shall be due as provided for in Fed. R. Civ. P. 33(b)(2).

       f.     The parties agree that the maximum number of requests for admission by each party to another shall be 25.  Responses to requests for admission shall be due as provided for in Fed. R. Civ. P. 36(a)(3).

       g.     At this time the parties do not require a limit on the number of depositions to be taken.

       h.     The parties agree that no individual witness may be deposed for longer than one day consisting of seven hours of testimony.

               i.       The parties agree to exchange expert reports, if any, on or before September 30, 2020.

               j.       The parties agree any supplementations under Rule 26(e) shall be due prior to the date for the Pretrial Order.

      **4.**     **Other Items:**

               a.       The parties do not require a meeting with the Court before the Court issues its scheduling order.

               b.       The parties propose that dispositive motions be due on December 18, 2020.  (Currently, the Court has ordered a motion cut-off of August 17, 2020. Dkt. #3.)

               c.       The parties propose that the Joint ADR Report be due November 30, 2020.

               d.       The parties propose that the Pretrial Order be due January 11, 2021.

The parties propose the Court set trial on any date beginning January 25, 2021, forward.  The parties anticipate trial will last three days.

DATED this 28th day of May, 2020.

BLACK HELTERLINE LLP             MANDOUR & ASSOCIATES, APC

By:   s/ Matthew D. Colley          By: s/ Ben T. Lila
Matthew D. Colley                Ben T. Lila, *pro hac vice*
OSB No. 125084                  (858) 487-9300
(503) 224-5560                   Of Attorneys for Defendants
Of Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the below date, I electronically filed the foregoing:

### <u>REPORT OF THE PARTIES'</u>
### <u>PLANNING MEETING PURSUANT TO</u>
### <u>FED. R. CIV. P. 26(f)</u>

with the Court's CM/ECF filing system, which will provide notice of the same on the following:

    Matthew D. Colley, OSB No. 125084
    Email: matthew.colley@bhlaw.com
    BLACK HELTERLINE LLP
    805 S.W. Broadway, Suite 1900
    Portland, OR 97205
    Telephone: (503) 224-5560
    Facsimile: (503) 224-6148
    Attorneys for Plaintiff,
    Abba Yahudah Sellassie, aka Leo Hall

Date:  <u>May 28, 2020</u>

                        s/ Ben T. Lila
                    Ben T. Lila
                    Email: blila@mandourlaw.com