IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ABBA YAHUDAH SELLASIE, also known as Leo Hall,

    Plaintiff,

    v.

INESSCENTS AROMATIC BOTANICALS, LLC, an Oregon Limited Liability Company, and AMBER ASHLEY, formerly known as Wendy Ashley,

    Defendants.

Civ. No. 1:20-cv-455-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark Clarke filed a Findings and Recommendation (#28), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#28) is adopted. Defendants' motion to dismiss (#12) is GRANTED in part. Plaintiff's claims for breach of contract and conversion are dismissed without prejudice. Plaintiff is granted 30 days to file an amended complaint.

IT IS SO ORDERED.

DATED this 8th day of September, 2020.

                                            /s/ Michael J. McShane
                                             Michael McShane
                                        United States District Judge

1 – ORDER