IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ABBA YAHUDAH SELLASIE, also known
as Leo Hall, and TSADAE NEWAY,

       Plaintiffs,                                                      Civ. No. 1:20-cv-455-CL

       v.                                                                     ORDER

INESSCENTS AROMATIC BOTANICALS, LLC,
an Oregon Limited Liability Company, and
AMBER ASHLEY, formerly known as Wendy
Ashley,

       Defendants.
_____

MCSHANE, Judge:

       Magistrate Judge Mark Clarke filed a Findings and Recommendation (#41), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#41) is adopted. Defendants' motion for judgment on the pleadings (#33) is DENIED. Defendants' motion for judicial notice (#34) is GRANTED.

IT IS SO ORDERED.

       DATED this 24th day of March, 2021.

                                                                     /s/ Michael J. McShane
                                                                       Michael McShane
                                                                   United States District Judge

1 – ORDER